# Exhibit 2

**Infringement Claim Chart for U.S. Pat. No. US7256899B1 v. Faro Technologies Inc. ("Defendant")**

| Claim16 | Evidence |
|---|---|
| 16. A system for acquiring an approximation of a surface geometry of a 3-dimensional object comprising: | The Faro Technologies Leap ST handheld 3D Scanning System is a system for acquiring an approximation of a surface geometry of a 3-dimensional object.<br><br>For example, the Leap ST handheld 3D is a 3D scanning system for measuring the three-dimensional shape of an object using projected light patterns and a camera system. The Leap ST handheld 3D includes a scanner head those projects a series of light patterns onto the object being scanned. When light projects onto the object's surface, the patterns become distorted. The camera system captures these images and sends them for processing to a computer executing 3D scanning software.<br><br> |

Source:
https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368




The FARO® LEAP ST® Handheld 3D Scanner is a portable industrial measuring device that allows you to accurately capture 3D scans and create point clouds of objects for measurement and reverse engineering purposes. The handheld 3D scanner is easy to transport, configure, and use at industrial sites or on the production floor.

Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP

**Working Principles**

The operator holds the scanner and adjusts the distance and angle between the scanner and the object in real time, while the handheld 3D scanner uses laser lines and a camera to capture 3D point cloud data of the object's surface.

The 3D scanner has built-in red and blue projectors. Red light fast scan and blue light fine scan modes optimize both scan size and accuracy. The scanner allows you to capture scans that range from 0.02m to 10m.

The FARO Leap ST Capture software allows you to capture point cloud data with the scanner, which you can edit, and then import into FARO CAM2 or other supported software.

Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP

**FARO® Leap ST® Handheld 3D Scanner**

An advanced metrology-grade handheld 3D scanner featuring five operating modes

| | |
|---|---|
| | The five modes include: **Ultra-fast scanning** for fast coverage to measure part features for small to medium parts, **Hyper fine scanning** for capturing details of complex objects with maximum resolution , **Photogrammetry** to maintain best accuracy over large sized objects , **Deep hole scanning** for maximum allowable depth with hard-to-reach areas and deep holes , and **Large-area scanning** ideal for capturing large features that need to be inspected, or when a first rough scan of a medium to large part is required.<br><br>**Ultra-fast Scanning**<br><br>Leap ST's main operating mode, multiple lasers allow for fast coverage and greatly assist in identifying features allowing for data capture across the entire field of view.<br><br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST |

| | |
|---|---|
| | **High Accuracy Scanning**<br><br>With an accuracy range of up to 20 microns, Leap ST is ideal for any scanning workflow that requires large area coverage, like automotive applications, aerospace, shipbuilding and more. It further allows users to scan large areas on site without the need for device repositioning and alignment. Not only is Leap ST adaptable for a wide range of uses, but how it's used is entirely up to you.<br><br>**High Target Distance**<br><br>Thanks to a combination of a highly efficient optical configuration and cutting-edge algorithms, users only need to place a limited number of targets on parts, an approach that reduces the time required to setup and proceed with the scan. Fast scans that don't sacrifice quality, are the hallmark of Leap ST. |




Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST



| | |
|---|---|
| | <br><br>Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368<br><br><br>Source: https://www.youtube.com/watch?v=4khNUyHYtOY |

| | |
|---|---|
| means for establishing an object coordinate system in known relationship to the object; | The Faro Technologies Leap ST handheld 3D Scanning System includes means for establishing an object coordinate system in known relationship to the object.<br><br>For example, the Leap ST handheld includes a PC controller to establish an object coordinate system using an image of the target object and the position of the scanner head when the image was captured.<br><br>The FARO® LEAP ST® Handheld 3D Scanner is a portable industrial measuring device that allows you to accurately capture 3D scans and create point clouds of objects for measurement and reverse engineering purposes. The handheld 3D scanner is easy to transport, configure, and use at industrial sites or on the production floor.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP<br><br>**Working Principles**<br><br>The operator holds the scanner and adjusts the distance and angle between the scanner and the object in real time, while the handheld 3D scanner uses laser lines and a camera to capture 3D point cloud data of the object's surface.<br><br>The 3D scanner has built-in red and blue projectors. Red light fast scan and blue light fine scan modes optimize both scan size and accuracy. The scanner allows you to capture scans that range from 0.02m to 10m.<br><br>The FARO Leap ST Capture software allows you to capture point cloud data with the scanner, which you can edit, and then import into FARO CAM2 or other supported software.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP |

| | |
|---|---|
| | **High Target Distance**<br><br>Thanks to a combination of a highly efficient optical configuration and cutting-edge algorithms, users only need to place a limited number of targets on parts, an approach that reduces the time required to setup and proceed with the scan. Fast scans that don't sacrifice quality, are the hallmark of Leap ST.<br><br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST<br><br>**Accurate Results in Less Time, With Less Delay**<br><br>With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed.<br><br>Source:<br>https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368 |

This level of modularity means users can avoid the challenges associated with purchasing additional software beyond their workflow requirements. CAM2 streamlines industrial metrology applications for dimensional controls, incoming parts and first article inspections, part-to-CAD comparisons, assemblies, repeat part measurements, and Geometric Dimensioning and Tolerancing (GD&T). It improves and increases the efficiency of measurement routines and provides an effective correlation between quality assurance and production operations, offering a powerful set of tools to fully control and optimize manufacturing processes.




Source: https://www.faro.com/en/Products/Software/CAM2-Software

<table>
<tr>
<td></td>
<td>
System Requirements
<table>
<tr><th>Hardware</th><th>Recommended</th></tr>
<tr><td>Processor</td><td>12th Gen Extreme Performance i7 or above</td></tr>
<tr><td>RAM</td><td>64 GB</td></tr>
<tr><td>Hard Drive</td><td>1 TB NVME</td></tr>
<tr><td>Graphics</td><td>NVIDIA RTX 5000</td></tr>
</table>
<br>
Source:<br>
https://knowledge.faro.com/Hardware/FARO_Leap/Leap_ST/Computer_System_Requirements_for_Leap_ST
</td>
</tr>
<tr>
<td>means for projecting a pattern of structured light of known geometry onto the object;</td>
<td>
The Faro Technologies Leap ST handheld 3D Scanning System includes means for projecting a pattern of structured light of known geometry onto the object.<br><br>
For example, the Leap ST handheld 3D scanner utilizes a structured blue laser light source that projects parallel laser lines onto the object. The system captures the deformation of these lines to generate precise 3D surface reconstructions for accurate measurements and analysis.<br><br>
Ultra-fast - 34 crossed blue laser lines create a balance between speed and accurate data quality. Ultra-fast mode = 0.1mm point spacing and less than 1.0mm density.
</td>
</tr>
</table>

| | |
|---|---|
| | Camera 1<br>LED illuminato<br>Laser projectors<br>Front button<br>Camera 2<br>Laser Angles |

Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP

**Deep Hole Scanning**

Inspect challenging features and focus the unique laser line on geometries of interests in hard-to-reach areas. Ideal for any part with holes to be inspected to the maximum allowable depth.

**Large-area Scanning**

Eleven parallel infrared laser lines can best be used to scan medium to large parts where only large features need to be inspected, or a first rough scan of a large part is required.

**Ultra-fast Scanning**

Thirty-four laser lines enable fast coverage and greatly aid in identifying part features; best suited for small to medium-sized parts.

**Hyper Fine Scanning**

Seven parallel laser lines allow high-resolution features to be added to a dataset, ideal for highly complex geometries or for larger scale scans where high resolution is required on a specific area/feature.

Source:
https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368

## Operating Mode

- **Ultra-fast scanning:** 34 blue laser lines
- **Hyperfine scanning:** 7 blue parallel laser lines
- **Large area scanning:** 11 parallel infrared laser lines
- **Deep hole scanning:** 1 blue laser line
- Embedded photogrammetry

Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST

## Specifications

| Scan Mode | |
|---|---|
| Ultra-fast Scanning | 34 blue laser lines |
| Hyper Fine Scanning | 7 blue parallel laser lines |
| Large-area Scanning | 11 parallel infrared laser lines |
| Deep Hole Scanning | 1 blue laser line |
| **Volume Accuracy** | |
| Work Alone* | 0.015 mm + 0.030 mm/m (0.0006 in + 0.00036 in/ft) |
| Work With 1 m Reference Bar* | 0.015 mm + 0.020 mm/m (0.0006 in + 0.00024 in/ft) |
| **Photogrammetry System** | |
| Scanning Area | 3760 mm x 3150 mm (148.0 in x 124.0 in) |
| Depth of Field | 2500 mm (98.4 in) |

Source:

| | |
|---|---|
| | https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368<br><br><br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST |
| means for forming an | The Faro Technologies Leap ST handheld 3D Scanning System includes means for |

| | |
|---|---|
| image of an intersection of the pattern of structured light with the object; | forming an image of an intersection of the pattern of structured light with the object.<br><br>For example, Leap ST handheld 3D includes two dual camera optical blue light scanning sensors. Each camera includes an electro-optical image sensor that captures the patterns of the light projected onto the target object.<br><br><br><br>The FARO® LEAP ST® Handheld 3D Scanner is a portable industrial measuring device that allows you to accurately capture 3D scans and create point clouds of objects for measurement and reverse engineering purposes. The handheld 3D scanner is easy to transport, configure, and use at industrial sites or on the production floor. |

| | |
|---|---|
| | **Working Principles**<br><br>The operator holds the scanner and adjusts the distance and angle between the scanner and the object in real time, while the handheld 3D scanner uses laser lines and a camera to capture 3D point cloud data of the object's surface.<br><br>The 3D scanner has built-in red and blue projectors. Red light fast scan and blue light fine scan modes optimize both scan size and accuracy. The scanner allows you to capture scans that range from 0.02m to 10m.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP<br><br>**Accurate Results in Less Time, With Less Delay**<br><br>With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed.<br><br>Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368 |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=4khNUyHYtOY |
| processing means for generating a set of data characterizing the intersection relative to a position of the pattern of light; | The Faro Technologies Leap ST handheld 3D Scanning System includes processing means for generating a set of data characterizing the intersection relative to a position of the pattern of light.<br><br>For example, the Leap ST Handheld 3D Scanner includes a high-performance PC that processes images of captured light patterns, gradually building a detailed 3D model as the scanning process progresses. |

| | |
|---|---|
| | **Working Principles**<br><br>The operator holds the scanner and adjusts the distance and angle between the scanner and the object in real time, while the handheld 3D scanner uses laser lines and a camera to capture 3D point cloud data of the object's surface.<br><br>The 3D scanner has built-in red and blue projectors. Red light fast scan and blue light fine scan modes optimize both scan size and accuracy. The scanner allows you to capture scans that range from 0.02m to 10m.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP<br><br>**Accurate Results in Less Time, With Less Delay**<br><br>With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed.<br><br>Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368 |



Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST



| | | |
|---|---|---|
| | | This level of modularity means users can avoid the challenges associated with purchasing additional software beyond their workflow requirements. CAM2 streamlines industrial metrology applications for dimensional controls, incoming parts and first article inspections, part-to-CAD comparisons, assemblies, repeat part measurements, and Geometric Dimensioning and Tolerancing (GD&T). It improves and increases the efficiency of measurement routines and provides an effective correlation between quality assurance and production operations, offering a powerful set of tools to fully control and optimize manufacturing processes.<br><br><br>Source: https://www.faro.com/en/Products/Software/CAM2-Software |

<table>
<tr>
<td></td>
<td>
System Requirements
<table>
<tr><th>Hardware</th><th>Recommended</th></tr>
<tr><td>Processor</td><td>12th Gen Extreme Performance i7 or above</td></tr>
<tr><td>RAM</td><td>64 GB</td></tr>
<tr><td>Hard Drive</td><td>1 TB NVME</td></tr>
<tr><td>Graphics</td><td>NVIDIA RTX 5000</td></tr>
</table>
Source:<br>https://knowledge.faro.com/Hardware/FARO_Leap/Leap_ST/Computer_System_Requirements_for_Leap_ST
</td>
</tr>
<tr>
<td>transmitting means for transmitting some portion of the image or intersection data to a receiver;</td>
<td>The Faro Technologies Leap ST handheld 3D Scanning System includes transmitting means for transmitting some portion of the image or intersection data to a receiver.<br><br>For example, the Leap ST Handheld 3D Scanner utilizes a USB 3.0 interface for stable and efficient data transmission, enabling real-time processing and seamless integration with external devices.</td>
</tr>
</table>

| | |
|---|---|
| | <br>**Accurate Results in Less Time, With Less Delay**<br>With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed. |

| | |
|---|---|
| | Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368<br><br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST |

| | |
|---|---|
| | Scanner Specifications<br><br>Type of Device: Mobile Scanner<br>Scan Modes: Ultra-fast - 17 blue laser crosses; Hyperfine - 7 blue parallel laser lines; Large area - 11 parallel infrared lines; Deep hole - 1 extra blue laser line<br>Accuracy[1]: Up to 0.020 mm (0.0008 in)<br>Scanning Rate: Up to 4,150,000 measurements<br>Scanning Area: Up to 1440 mm × 860 mm (57.0 in × 33.9 in)<br>Laser Class: CLASS II (eye-safe)<br>Resolution: up to 0.010 mm (0.0004 in)<br>Photogrammetry System: Scanning area 3760 mm × 3150mm (148.0 in × 124.0 in); Depth of field 2500 mm (98.4 in)<br>Volume accuracy[2]: Work with 1m reference bar 0.015 mm + 0.020 mm/m (0.0006 in + 0.00024 in/ft) |

## Scanner Specifications

| Type of Device | Mobile Scanner |
|---|---|
| Scan Modes | Ultra-fast - 17 blue laser crosses<br>Hyperfine - 7 blue parallel laser lines<br>Large area - 11 parallel infrared lines<br>Deep hole - 1 extra blue laser line |
| Accuracy[1] | Up to 0.020 mm (0.0008 in) |
| Scanning Rate | Up to 4,150,000 measurements |
| Scanning Area | Up to 1440 mm × 860 mm (57.0 in × 33.9 in) |
| Laser Class | CLASS II (eye-safe) |
| Resolution | up to 0.010 mm (0.0004 in) |
| Photogrammetry System | Scanning area<br>3760 mm × 3150mm (148.0 in × 124.0 in)<br>Depth of field<br>2500 mm (98.4 in) |
| Volume accuracy[2] | Work with 1m reference bar<br>0.015 mm + 0.020 mm/m (0.0006 in + 0.00024 in/ft) |

| | |
|---|---|
| Depth of Field | 925 mm (36.4 in) |
| Output formats | .stl, .obj, .ply, .asc, .igs, .txt, .mk2, .umk and etc. |
| Operating temperature | -10°C-40°C (14°F-104°F) |
| Communication | USB 3.0 |
| Power Supply | See Power Supply Technical Specifications. |
| Power consumption | Idle: 10W<br>Scanning: 12W |

Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP

As handheld scanners gain prominence, Leap ST establishes itself as the solution for faster time to quality data with the flexibility to optimize speed of data capture with the accuracy of the scan. Streamlined setup, five operating modes, and the ability to scan almost any surface or geometry, Leap ST will lead the way in this groundbreaking transformation.

Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368

| | |
|---|---|
| receiving means for receiving the transmitted processed intersection data; | The Faro Technologies Leap ST handheld 3D Scanning System includes receiving means for receiving the transmitted processed intersection data.<br><br>For example, the Leap ST Handheld 3D Scanner utilizes a USB 3.0 interface to receive and transfer image data efficiently, enabling real-time visualization and seamless integration with processing software.<br><br><br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST<br><br><br><br><br>Source: https://www.youtube.com/watch?v=4khNUyHYtOY |

<table>
<tr>
<td></td>
<td>
<table>
<tr><td>Depth of Field</td><td>925 mm (36.4 in)</td></tr>
<tr><td>Output formats</td><td>.stl, .obj, .ply, .asc, .igs, .txt, .mk2, .umk and etc.</td></tr>
<tr><td>Operating temperature</td><td>-10℃-40℃ (14℉-104℉)</td></tr>
<tr><td>Communication</td><td>USB 3.0</td></tr>
<tr><td>Power Supply</td><td>See Power Supply Technical Specifications.</td></tr>
<tr><td>Power consumption</td><td>Idle: 10W<br>Scanning: 12W</td></tr>
</table>
Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP
</td>
</tr>
<tr>
<td>tracking means for tracking the position of the projected pattern of structured light;</td>
<td>The Faro Technologies Leap ST Handheld 3D Scanning System includes tracking means for determining the position of the projected blue laser lines.<br><br>For example, the Leap ST Handheld 3D Scanner employs high precision tracking technology, utilizing blue laser lines and advanced image processing to determine the position of the scanned object. This ensures accurate 3D measurements and seamless alignment with CAD models for reliable part inspection.</td>
</tr>
</table>

As handheld scanners gain prominence, Leap ST establishes itself as the solution for faster time to quality data with the flexibility to optimize speed of data capture with the accuracy of the scan. Streamlined setup, five operating modes, and the ability to scan almost any surface or geometry, Leap ST will lead the way in this groundbreaking transformation.

Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368

**Ultra-fast Scanning**

Leap ST's main operating mode, multiple lasers allow for fast coverage and greatly assist in identifying features allowing for data capture across the entire field of view.

Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST

| | |
|---|---|
| | The five modes include: **Ultra-fast scanning** for fast coverage to measure part features for small to medium parts, **Hyper fine scanning** for capturing details of complex objects with maximum resolution , **Photogrammetry** to maintain best accuracy over large sized objects , **Deep hole scanning** for maximum allowable depth with hard-to-reach areas and deep holes , and **Large-area scanning** ideal for capturing large features that need to be inspected, or when a first rough scan of a medium to large part is required.<br><br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST<br><br>**Accurate Results in Less Time, With Less Delay**<br><br>With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed.<br><br>Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368 |




Source: https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368



Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST

| | |
|---|---|
| | This level of modularity means users can avoid the challenges associated with purchasing additional software beyond their workflow requirements. CAM2 streamlines industrial metrology applications for dimensional controls, incoming parts and first article inspections, part-to-CAD comparisons, assemblies, repeat part measurements, and Geometric Dimensioning and Tolerancing (GD&T). It improves and increases the efficiency of measurement routines and provides an effective correlation between quality assurance and production operations, offering a powerful set of tools to fully control and optimize manufacturing processes.<br><br>Source: https://www.faro.com/en/Products/Software/CAM2-Software |
| means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed; | The Faro Technologies Leap ST handheld 3D Scanning System includes means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed.<br><br>For example, the Leap ST handheld 3D tracks the position of the object being scanned as it is rotated from an initial position to other positions to capture light pattern images from different locations around the target object.<br><br>**Accurate Results in Less Time, With Less Delay**<br><br>With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed. |

| | |
|---|---|
| | Source:<br>https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368<br><br><br>Source:<br>https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368 |



**Ultra-fast Scanning**

Thirty-four laser lines enable fast coverage and greatly aid in identifying part features; best suited for small to medium-sized parts.

**Hyper Fine Scanning**

Seven parallel laser lines allow high-resolution features to be added to a dataset, ideal for highly complex geometries or for larger scale scans where high resolution is required on a specific area/feature.

Source:
https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368



| | |
|---|---|
| | <br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST |
| transforming means for transforming each intersection datum into coordinates of the | The Faro Technologies Leap ST handheld 3D Scanning System includes transforming means for transforming each intersection datum into coordinates of the object coordinate system.<br><br>For example, the Leap ST handheld executes algorithms on its PC computer to |

| | |
|---|---|
| object coordinate system; and | transform the acquired scanning data into a single coordinate system.<br><br>The FARO® LEAP ST® Handheld 3D Scanner is a portable industrial measuring device that allows you to accurately capture 3D scans and create point clouds of objects for measurement and reverse engineering purposes. The handheld 3D scanner is easy to transport, configure, and use at industrial sites or on the production floor.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP<br><br>**Working Principles**<br><br>The operator holds the scanner and adjusts the distance and angle between the scanner and the object in real time, while the handheld 3D scanner uses laser lines and a camera to capture 3D point cloud data of the object's surface.<br><br>The 3D scanner has built-in red and blue projectors. Red light fast scan and blue light fine scan modes optimize both scan size and accuracy. The scanner allows you to capture scans that range from 0.02m to 10m.<br><br>The FARO Leap ST Capture software allows you to capture point cloud data with the scanner, which you can edit, and then import into FARO CAM2 or other supported software.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP |

| | |
|---|---|
| | **High Target Distance**<br>Thanks to a combination of a highly efficient optical configuration and cutting-edge algorithms, users only need to place a limited number of targets on parts, an approach that reduces the time required to setup and proceed with the scan. Fast scans that don’t sacrifice quality, are the hallmark of Leap ST.<br><br>Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST<br><br>**Accurate Results in Less Time, With Less Delay**<br>With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed.<br><br>Source:<br>https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368 |

| | |
|---|---|
| | This level of modularity means users can avoid the challenges associated with purchasing additional software beyond their workflow requirements. CAM2 streamlines industrial metrology applications for dimensional controls, incoming parts and first article inspections, part-to-CAD comparisons, assemblies, repeat part measurements, and Geometric Dimensioning and Tolerancing (GD&T). It improves and increases the efficiency of measurement routines and provides an effective correlation between quality assurance and production operations, offering a powerful set of tools to fully control and optimize manufacturing processes.   Source: https://www.faro.com/en/Products/Software/CAM2-Software |




Source: https://www.youtube.com/watch?v=4khNUyHYtOY

## System Requirements

| Hardware | Recommended |
|---|---|
| Processor | 12th Gen Extreme Performance i7 or above |
| RAM | 64 GB |
| Hard Drive | 1 TB NVME |
| Graphics | NVIDIA RTX 5000 |

Source: https://knowledge.faro.com/Hardware/FARO_Leap/Leap_ST/Computer_System_Requirements_for_Leap_ST

| | |
|---|---|
| accumulating means | The Faro Technologies Leap ST handheld 3D Scanning System includes accumulating |

| | |
|---|---|
| for accumulating the transformed coordinates to form a model approximating the surface geometry of the object. | means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object.<br><br>The Leap ST Handheld 3D Scanner captures high-precision 3D scans using blue laser lines. The scanned data is processed and aligned into a single coordinate system, generating a high-density point cloud. Using CAM2 software, the system enables accurate CAD model comparison and inspection for dimensional control and quality assurance.<br><br>The FARO® LEAP ST® Handheld 3D Scanner is a portable industrial measuring device that allows you to accurately capture 3D scans and create point clouds of objects for measurement and reverse engineering purposes. The handheld 3D scanner is easy to transport, configure, and use at industrial sites or on the production floor.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP<br><br>**Working Principles**<br><br>The operator holds the scanner and adjusts the distance and angle between the scanner and the object in real time, while the handheld 3D scanner uses laser lines and a camera to capture 3D point cloud data of the object's surface.<br><br>The 3D scanner has built-in red and blue projectors. Red light fast scan and blue light fine scan modes optimize both scan size and accuracy. The scanner allows you to capture scans that range from 0.02m to 10m.<br><br>The FARO Leap ST Capture software allows you to capture point cloud data with the scanner, which you can edit, and then import into FARO CAM2 or other supported software.<br><br>Source: https://download.faro.com/ui/core/index.html?mode=public&referrer=%2Furl |

%2Fpjwutdawugf2nmer#expl-tabl./SHARED/!1psPFB8vQdxeJ/XpYoDjOvN4ZNyngP

**High Target Distance**

Thanks to a combination of a highly efficient optical configuration and cutting-edge algorithms, users only need to place a limited number of targets on parts, an approach that reduces the time required to setup and proceed with the scan. Fast scans that don't sacrifice quality, are the hallmark of Leap ST.

Source: https://www.faro.com/en/Products/Hardware/FARO-Leap-ST

**Accurate Results in Less Time, With Less Delay**

With its exceptional area coverage and five modes of operation, Leap ST minimizes setup time and allows you to start capturing large surfaces, fine details, or deep geometries with less delay. Combined with an excellent data rate and the ability to use each mode separately or in combination with one another, you can scan parts in less time with the detail and accuracy needed.

Source:
https://media.faro.com//media/Project/FARO/FARO/FARO/Resources/1_BROCHURE/2025/Leap-ST/Brochure_LeapST_3DM_ENG_A4_Web.pdf?rev=541e1b9f5a2549a99d08e2bac6521368

| | |
|---|---|
| | This level of modularity means users can avoid the challenges associated with purchasing additional software beyond their workflow requirements. CAM2 streamlines industrial metrology applications for dimensional controls, incoming parts and first article inspections, part-to-CAD comparisons, assemblies, repeat part measurements, and Geometric Dimensioning and Tolerancing (GD&T). It improves and increases the efficiency of measurement routines and provides an effective correlation between quality assurance and production operations, offering a powerful set of tools to fully control and optimize manufacturing processes.   Source: https://www.faro.com/en/Products/Software/CAM2-Software |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=4khNUyHYtOY |